UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JACOB ASTER FRALEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:21-cv-03849-KDW |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 21st day of March, 2023, upon consideration of the Parties' Stipulation, ECF No, 20, it is hereby,

ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") Petition, ECF No. 19, is hereby withdrawn;

It is further ORDERED that Plaintiff, Jacob Aster Fraley, is awarded attorney fees in the amount of nine thousand Dollars and 00/100 Cents ($9,000), under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff, Jacob Aster Fraley, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

March 21, 2023                                                    Kaymani D. West
Florence, South Carolina                                    United States Magistrate Judge